**STATE of Missouri, Respondent,**

v.

**Kevin D. BRADLEY, Appellant.**

**No. WD 58643.**

Missouri Court of Appeals, Western District.

Oct. 9, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 2001.

Application for Transfer Denied Jan. 22, 2002.

Susan L. Hogan, Appellate Defender, Kansas City, MO., for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Atty. Gen., Jefferson City, MO., for Respondent.

Before SPINDEN, C.J., BRECKENRIDGE and HARDWICK, JJ.

### ORDER

PER CURIAM.

Kevin Bradley was convicted of one count of first degree burglary, second degree assault, first degree robbery, stealing, forcible rape and forcible sodomy; and multiple counts of kidnapping, felonious restraint, and armed criminal action. He appeals his conviction on three counts of felonious restraint, challenging the sufficiency of the evidence. We affirm. Rule 30.25(b)